UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUSUM N. LATA, | No. 2:22-cv-01960 TLN CKD PS |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| NBS DEFAULT SERVICES LLC, et al., | |
| Defendants. | |

 Plaintiff, who proceeds in this action without counsel, filed a civil complaint on October 31, 2022. (ECF No. 1.) Recent court orders were served on plaintiff's address of record and returned by the postal service as undeliverable with the notation that delivery was refused or refused under protest. Plaintiff has either failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change, or has deliberately refused service.

 Plaintiff is informed that all court orders will be served to plaintiff's address of record and that acceptance of those orders is necessary to prosecution of the instant action. Plaintiff is further informed that any further refusal to accept delivery of court orders will result in a recommendation that this action be dismissed. <u>See</u> Local Rule 110.

 In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or

telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective." Further, Local Rule 183(b) provides: "A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

Plaintiff has also failed to oppose defendant's January 12, 2023 motion to consolidate cases. (ECF No. 20.) The Local Rules provide, in pertinent part:

> Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served no later than fourteen (14) days after the motion was filed. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party. See L.R. 135. A failure to file a timely opposition may also be construed by the Court as a nonopposition to the motion.

Local Rule 230(c). Plaintiff is reminded that failure to comply with the Federal Rules of Civil Procedure, Local Rules of Practice, or orders of this court could result in dismissal of this action.

For the reasons set forth above, IT IS HEREBY ORDERED that within 14 days of the date of this order, plaintiff shall show cause in writing why the court should not dismiss this case for refusing to accept delivery of court orders, or failing to keep the court apprised of plaintiff's current address, and for failing to file a response to defendant's January 12, 2023 motion to consolidate cases. (ECF No. 20.)

Dated:  April 4, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Lata22cv1960.osc